UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

14-20211-CR-UNGARO/OTAZO-REYES

UNITED STATES OF AMERICA,
        Plaintiff,
v.

JULIO ARMANDO BRUNET,
        Defendant.
_____/

## O R D E R

**THIS MATTER** is before the Court upon Julio Armando Brunet's ("Brunet") Motion Requesting Change of Attorney ("Motion") [D.E. 46]. Therein, Brunet asked that he be allowed to represent himself for the remainder of these proceedings. Id.[1] This matter was referred to the undersigned by the Honorable Ursula Ungaro, United States District Judge, pursuant to 28 U.S.C. 636 [D.E. 47]. The undersigned held a hearing on this matter on October 16, 2014.

At the hearing, Brunet's CJA appointed counsel Gennaro Cariglio, Jr. ("Cariglio"), Esq. and Assistant United States Attorney Eric Morales addressed the Court. The Court also afforded Brunet an opportunity to be heard. The Court then took a brief recess to allow Brunet to confer with Cariglio. Thereafter, Cariglio informed the Court that Brunet persisted in his request to represent himself. Accordingly, the Court conducted a colloquy with Brunet for the purpose of determining whether Brunet's decision to exercise his constitutional right to self-representation was knowing and voluntary. See Benchbook for U.S. District Judges, 4td ed., at 6-7. Based on Brunet's responses, the Court found that Brunet knowingly and voluntarily waived the right to

---

[1] Brunet has entered a guilty plea pursuant to a cooperation plea agreement [D.E. 40, 41]. Sentencing was scheduled for October 17, 2014 [D.E. 42].

counsel.

Therefore, it is hereby

**ORDERED AND ADJUDGED** that Brunet's Motion is GRANTED to the extent that Brunet is permitted to represent himself at sentencing.  It is further

**ORDERED AND ADJUDGED** that Brunet's CJA appointed counsel, Gennaro Cariglio, Jr., Esq., is hereby **APPOINTED** to represent Julio Armando Brunet as standby counsel.

**DONE AND ORDERED** in Chamber at Miami, Florida this 17th day of October, 2014.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:  Honorable Ursula Ungaro
    Counsel of record